# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| BRIAN L. MARTIN, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-278-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNITH LASSITER, et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2018 Order.

October 18, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court